1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Tammy A. Stanley

7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10 TAMMY A. STANLEY,              ) Case No.: EDCV 10-01151- OP
                                  )
11         Plaintiff,             ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
12     vs.                        ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
14                                )
           Defendant              )
15                                )
                                  )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $2,600.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 Dated:     April 7, 2011

22                                  _____ /s/

23
                                    HONORABLE OSWALD PARADA
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

-1-